860

No. 85–5200.   MARTIN-TRIGONA *v.* FERRARI, TRUSTEE. C. A. 1st Cir.   Certiorari denied.

No. 85–5201.   FROEMAN *v.* MARYLAND ET AL.   C. A. 4th Cir. Certiorari denied.

No. 85–5202.   BROWN *v.* ZANT.   Ct. App. Ga.   Certiorari denied.

No. 85–5203.   LEAHEY *v.* McGUIRE, POLICE COMMISSIONER OF THE CITY OF NEW YORK, ET AL.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.

No. 85–5204.   KALEC *v.* DUCKWORTH, WARDEN, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 85–5206.   STREICH *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 85–5207.   KESSLER *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 85–5208.   HUGHES *v.* UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 85–5210.   PATTERSON *v.* OHIO.   Ct. App. Ohio, Cuyahoga County.   Certiorari denied.

No. 85–5211.   KELLEY *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 85–5215.   LAUGA *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 85–5217.   KENNY *v.* CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 85–5218.   BETKA *v.* SMITH ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 85–5219.   ROMAN *v.* ABRAMS, ATTORNEY GENERAL OF NEW YORK.   C. A. 2d Cir.   Certiorari before judgment denied.

No. 85–5223.   SOBIN *v.* DISTRICT OF COLUMBIA.   Ct. App. D. C.   Certiorari denied.